IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SKATE CITY ALBUQUERQUE, INC.,
d/b/a ROLLER SKATE CITY,

    Plaintiff,

v.                                                                                                  Civil No. 1:21-cv-00889-WJ-SCY

AXIS SURPLUS INSURANCE COMPANY,
JBL TRINITY GROUP, LTD, and
YORK RISK SERVICES GROUP, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Stipulated Motion to Dismiss with Prejudice, the Court having reviewed the Motion and being advised in the premises, FINDS that the Stipulated Motion to Dismiss with Prejudice is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint, along with any and all claims brought or that could have been brought in this lawsuit, be and are hereby dismissed with prejudice as to Defendants AXIS Surplus Insurance Company, JBL Trinity Group, Ltd, and York Risk Services Group, Inc., with each party to pay its own costs and attorneys' fees, and with no admission of liability or fault.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE

1

Approved and Submitted By:


*/s/ Gerald G. Dixon*
Gerald G. Dixon
DIXON•SCHOLL•CARRILLO•P.A.
P.O. Box 94147
Albuquerque, NM 87199-4147
(505) 244-3890
jdixon@dsc-law.com
*Attorney for Defendant JBL Trinity Group, Ltd.*


*Email approval 9/5/2023*
Geoffrey R. Romero
Law Offices of Geoffrey R. Romero
4801 All Saints Rd., NW, Suite A
Albuquerque, NM 87120-3111
505-247-3338
geoff@geoffromerolaw.com

Jeffrey G. Zane
Poli, Moon & Zane, PLLC
807 S. Rock St., Suite 101
Georgetown, TX 78626
512-508-4693
jzane@pmzlaw.com

Paul A. Zebrowski
Thomas A. Biscup
Zebrowski Law
45952 Schoenherr
Shelby Township, MI 48315
586-566-7266
paul@zebrowskilaw.com
tom@zebrowskilaw.com

*Attorneys for Plaintiff*

*Email approval 9/5/2023*
Philip W. Cheves
Nicholas W. Chiado
Butt, Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, NM 87190-3170
505-884-0777
pwcheves@btblaw.com
nwchiado@btblaw.com

Kristin C. Cummings
Michael C. Upshaw
Zelle, LLP
901 Main St., Suite 4000
Dallas, TX 75202
214-742-3000
kcummings@zellelaw.com
mupshaw@zellelaw.com

*Attorneys for Defendants AXIS Surplus Insurance Company and York Risk Services, Group, Inc.*